

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 24, 2017

**BY EMAIL AND ECF**

Honorable Andrew L. Carter, Jr.
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    <u>United States</u> v. <u>Christopher Cervino and Abida Khan</u>
           S5 15 Cr. 171

Dear Judge Carter:

    The Government writes to respectfully request an approximately one-month adjournment of the sentencings of Christopher Cervino and Abida Khan, both of whom are scheduled to be sentenced on November 17, 2017. Ms. Griswold is scheduled to begin a six week trial before Judge Gardephe on October 23, 2017 in <u>United States v. Kaleil Isaza Tuzman</u>, S8 15 Cr. 536 and accordingly will not be available for sentencing on November 17, 2017. Accordingly, the Government respectfully requests that the sentencings of defendants Khan and Cervino be adjourned for a period of approximately one month. Defense counsel for both Khan and Cervino have no objection to this request. The Government further requests that the sentencings of defendants Khan and Cervino be set for the same day (or consecutive days) in order to allow victims who wish to attend the sentencings – many of whom live out of state – to attend.

                                  Respectfully submitted,

                                  JOON H. KIM
                                  Acting United States Attorney

            By:    _____/s_____
                                  Rebecca Mermelstein
                                  Andrea M. Griswold
                                  Assistant United States Attorney
                                  Tel.: (212) 637-1205.2360